# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| DONNA BAAR, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. 3:14-cv-03060-N |
| | § | |
| NOVO NORDISK, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal of this action in its entirety with prejudice and on the merits, with each party to bear its own fees and costs.

Filed this 19th day of June, 2015.

*/s/ David K. Watsky*
David K. Watsky, Bar No. 20932600
dwatsky@lyongorsky.com
**Lyon, Gorsky, Gilbert & Livingston, L.L.P.**
12001 North Central Expressway
Suite 650
Dallas, TX  75243
Telephone:  214.965.0090
Facsimile:  214.965.0097

**ATTORNEYS FOR PLAINTIFF**

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby, Bar No. 00784571
paulo.mckeeby@morganlewis.com
Timothy D. Bergquist, Bar No. 24087163
tbergquist@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street
Suite 3200
Dallas, TX  75201-7347
Telephone:        +1.214.466.4000
Facsimile:        +1.214.466.4001

**ATTORNEYS FOR DEFENDANT**